DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNIE MONROE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0476

[May 23, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 15-3612CF10A.

Donnie Monroe, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***